```
Court Name: USDC, WESTERN DISTRICT OF PA
Division: 2
Receipt Number: 24668044041
Cashier ID: gpuraty
Transaction Date: 05/11/2017
Payer Name: Richard Golomb
----------------------------------
CIVIL FILING FEE
 For: Richard Golomb
 Case/Party: D-PAW-1-17-CV-000122-001
 Amount:       $400.00
----------------------------------
CREDIT CARD
 Amt Tendered: $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```